UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

FIDANKA LAZOROSKI and ZORAN LAZOROSKI,

                            Plaintiffs,

-against-

DESANTIS ENTERPRISES, INC., d/b/a HOWARD
JOHNSON'S RESTAURANT, JONATHAN
LaROCK AND BILL SULLIVAN,

                            Defendants.

STIPULATION OF
DISCONTINUANCE AND
ORDER OF DISMISSAL

Case No.: 1:23-cv-1060
(DNH/ATB)

---

Plaintiffs Fidanka Lazoroski, Zoran Lazoroski, and Defendant Desantis Enterprises, Inc., d/b/a Howard Johnson's Restaurant hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: December 4, 2024

Joshua D. Lindy, Esq.
Bar Roll #517788
FitzGerald Morris Baker Firth P.C.
Attorneys for Defendant
DESANTIS ENTERPRISES, INC.
68 Warren Street-P.O. Box 2017
Glens Falls, NY 12801
(518) 745-1400

Dated: December __, 2024

Kristina C. Ivtindzioski, Esq.
Bar Roll #4804522
The Law Offices of Kristina C. Ivtindzioski, LLC
Attorneys for Plaintiffs
8 Campus Drive, Suite 105
Parsippany, NJ 07054

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii) IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED

WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED:

*[signature]*

David N. Hurd
U.S. District Judge

Dated: 12/20/2024